Stacey Jue (State Bar No. 231429)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4638
Facsimile: (949) 862-4605
stacey.jue@fedex.com

**Attorney for Defendant
FEDERAL EXPRESS CORPORATION
dba FEDEX EXPRESS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDEX EXPRESS, a California Corporation, aka FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and Does 1 - 50,<br><br>　　　　Defendants. | Case No. CV-10-02743-JSW<br>Honorable Jeffrey S. ~~Whyte~~ White<br><br>**[PROPOSED] ORDER ~~GRANTING~~ DENYING DEFENDANT'S REQUEST TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT BY TELEPHONE PURSUANT TO L.P.R.P. 16-10 (a)**<br><br>Date: October 1, 2010<br>Time: 1:30 p.m.<br>Dept.: 11<br><br>Complaint Filed: May 4, 2010<br>Trial Date: Not Set |

IT IS HEREBY ORDERED, that Defendant Federal Express Corporation request to participate in Initial Case Management Conference set for on October 1, 2010, at 1:30 p.m., in Courtroom 11, by telephone is ~~granted~~ denied for failure to show good cause for initial case management.

Dated: September 7, 2010

_____
Honorable Judge Jeffrey S. ~~Whyte~~ White
USDC, Northern District

836298.01 (60-12873)　　　　　　　　　　1

**[PROPOSED] ORDER INITIAL CASE MANAGEMENT BY TELEPHONE PURSUANT TO L.P.R.P. 16-10 (a)**
**Case No. CV-10-02743-JSW**