Jane M. Flynn (State Bar No. 167466)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile: (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX EXPRESS, a California Corporation, aka FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and Does 1 - 50,<br><br>Defendants. | Case No. CV 10-02743 JSW<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41<br><br>STIPULATION TO DISMISS FILED CONCURRENTLY HEREWITH<br><br>Complaint Filed: May 4, 2010<br>Trial Date: September 12, 2011 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

SO ORDERED.

Dated: December 17, 2010    By: _____/s/ Jeffrey S. White_____
                                HON. JEFFREY S. WHITE, JUDGE
                                UNITED STATES DISTRICT COURT

851025 (60-12873)                           1

ORDER DISMISSING ACTION WITH PREJUDICE
Case No. CV 10-02743 JSW